IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01076-REB-BNB

THEODORE POLONUS, Ph.D., and
RENEE MARSHEL,

Plaintiffs,

v.

ROBERT SEMPLE,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Amend the Scheduling Order** [docket no. 35, filed January 9, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows: the plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 21, 2009**; the defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 20, 2009**; the plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 23, 2009**.

DATED: January 13, 2009