IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01076-REB-BNB

THEODORE POLONUS, Ph.D., and
RENEE MARSHEL,

Plaintiffs,

v.

ROBERT SEMPLE,

Defendant.
_____

# ORDER
_____

This matter arises on the parties' **Second Stipulated Motion to Amend the Scheduling Order** [Doc. # 39, filed 2/6/2009] (the "Second Motion to Extend"). The Second Motion to Extend is GRANTED IN PART, and the case schedule is modified to extend the discovery cut-off to and including **April 24, 2009**.

At the parties' request, the case schedule was modified by a minute order [Doc. # 38] entered on January 13, 2009, extending by approximately seven weeks each of the deadlines for the designation of expert witnesses. The extension was necessary because the parties reported that they had "not yet been afforded an opportunity to inspect the chairlift at the Keystone ski resort where the incident that is the subject of this case took place." Stipulated Motion to Amend the Scheduling Order [Doc. # 35, filed 1/9/2009] (the "First Motion to Extend") at ¶3. In further support of the First Motion to Extend, the parties' represented that "this additional time to designate experts and rebuttal experts will not delay the proceedings in this matter." Id. at ¶5.

By the Second Motion to Extend, the parties request that the discovery cut-off be

extended by approximately seven weeks, through May 21, 2009. They argue that the second extension is necessary "[g]iven the recent amendment to the Scheduling Order to permit the parties additional time to designate experts. . . ." Second Motion to Extend at ¶3. This explanation calls into question the earlier representation that extending the expert deadlines would not delay the proceedings. Nonetheless, I am willing to grant a reasonable extension of the discovery cut-off so long as the extension does not impact or effect any other deadlines, including the dispositive motion deadline (April 1, 2009); the pretrial conference (May 27, 2009); the trial preparation conference (July 31, 2009); and the trial (beginning August 31, 2009). The parties have not requested extensions of any of these deadlines.

First, I have not been requested to extend the dispositive motion deadline, and I will not do so. Any extension of that deadline would not allow the district judge sufficient time to rule on such a motion prior to the August 31 start of trial.

Second, I cannot extend the discovery cut-off to May 21, 2009, without impacting the pretrial conference. I will, however, grant an extension until April 24, 2009, which allows the parties one month after the last expert disclosure to complete discovery and also allows three weeks after the close of discovery to prepare the final pretrial order. Any greater extension would unreasonably interfere with the preparation of the order and jeopardize the case schedule.

IT IS ORDERED that the Second Motion to Extend is GRANTED IN PART to extend the discovery cut-off to and including **April 24, 2009**, and DENIED in all other respects.

Dated February 6, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge