IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01076-REB-BNB

THEODORE POLONUS, Ph.D., and
RENEE MARSHEL,

    Plaintiffs,

v.

ROBERT SEMPLE,

    Defendant.

# MINUTE ORDER[1]

The matter comes before the court on plaintiffs' **Unopposed Motion To Amend Trial Preparation Conference Order** [#43], filed March 23, 2009. After careful consideration of the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Amend Trial Preparation Conference Order** [#43], filed March 23, 2009, is **GRANTED**;

2. That the deadline for the filing of the Rule 702 motions shall be **May 4, 2009**; and

3. That the **Trial Preparation Conference Order** [#20], entered September 8, 2008, is **MODIFIED** accordingly.

Dated: March 24, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.