IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01076-REB-BNB

THEODORE POLONUS, Ph.D., and
RENEE MARSHEL,

Plaintiffs,

v.

ROBERT SEMPLE,

Defendant.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Amend the Scheduling Order** [docket no. 42, filed March 23, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 27, 2009**.

DATED: March 24, 2009