**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-01076-REB-BNB

THEODORE POLONUS, Ph.D., and
RENEE MARSHEL,

     Plaintiffs,

v.

ROBERT SEMPLE,

     Defendant.

**ORDER OF DISMISSAL**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#52] filed June 8, 2009.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the  **Stipulation For Dismissal With Prejudice** [#52] filed June 8, 2009, is **APPROVED**;

2.  That the Trial Preparation Conference set for July 31, 2009, is **VACATED**;

3.  That the jury trial set to commence August 31, 2009, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 11, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge